

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00442-CV

**IN THE INTEREST OF J.A.**, Y.A., A.A., Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI01637
Honorable Monique Diaz, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED May 19, 2021.

_____
Rebeca C. Martinez, Chief Justice